UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:10-cr-154-DBH |
| | ) | |
| KELVIN SMITH, | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S MOTION FOR JUDICIAL RECOMMENDATION TO BUREAU OF PRISONS

The defendant is currently serving a 37-month term of imprisonment, to be followed thereafter by a 3-year period of supervised release. He has asked me, in a pro se motion, to recommend to the Bureau of Prisons that during his time in BOP custody he receive the maximum available period of pre-release time in a community correctional facility, namely, 12 months. See 18 U.S.C. § 3624(c).

Although I certainly understand Smith's desire for the maximum period in a halfway house, I see no reason to distinguish him from other inmates whom the Bureau of Prisons must assign in accordance with the criteria Congress has given it. See 18 U.S.C. § 3621(b).

I therefore **DENY** the motion.

**SO ORDERED.**

DATED THIS 18TH DAY OF NOVEMBER, 2011

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE